# United States District Court
# For The Western District of North Carolina
# Charlotte Division

P.J. Gilyard,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-488

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2007 Order.

**Signed: November 20, 2007**

Frank G. Johns, Clerk
United States District Court